# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. ROBBINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LACKNER, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01609-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT AND DOCKET REPORT<br><br>(Document 12) |

　　　　Plaintiff Earl J. Robbins ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on September 23, 2014, and it was transferred to this Court on October 15, 2014.

　　　　On March 11, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend.  On March 30, 2015, the Court granted Plaintiff an extension of time.  It also granted Plaintiff's request for a copy of his original complaint.

　　　　Plaintiff filed his First Amended Complaint on April 1, 2015, and it is awaiting screening.

　　　　On July 2, 2015, Plaintiff filed a letter requesting a copy of his original complaint, stating that he never received the prior copy.  Plaintiff also requests a copy of the docket report.

　　　　The Court reviewed its March 30, 2015, order and confirmed that a copy of the original complaint was sent with the order.  Plaintiff has filed a First Amended Complaint, making the

///

original complaint no longer operative, and he has failed to explain why he needs a copy at this time. Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties.

As to a copy of the docket report, Plaintiff is advised that as long as he keeps the Court advised of his current address, he will receive all documents involving his case.  At this time, Plaintiff's original complaint has been dismissed and his First Amended Complaint is awaiting screening.

Plaintiff's request is therefore DENIED.

IT IS SO ORDERED.

Dated:   **July 15, 2015**                                /s/ *Dennis L. Beck*
                                                                     UNITED STATES MAGISTRATE JUDGE