# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. ROBBINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LACKNER, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01609-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE CASE<br><br>(Document 14) |

Plaintiff Earl J. Robbins ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on September 23, 2014, and it was transferred to this Court on October 15, 2014.

On March 11, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff filed his First Amended Complaint on April 1, 2015, and it is awaiting screening.

On August 5, 2015, Plaintiff filed a motion to expedite this action. He explains that prison officials are stealing inmate postage and packages, and that it may cause a riot. The Court does not expedite actions, and Plaintiff's First Amended Complaint will be screened in due course.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated:　**August 13, 2015**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1