# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. ROBBINS,<br><br>            Plaintiff,<br><br>     v.<br><br>LACKNER, et al.,<br><br>            Defendants. | Case No. 1:14-cv-01609-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STOP PAYMENTS FOR FILING FEE<br><br>(Document 18) |

Plaintiff Earl J. Robbins ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.  The Court dismissed this action on September 22, 2015, for failure to state a claim.

On October 30, 2015, Plaintiff filed a motion requesting that the Court issue an order to stop CDCR from collecting payments towards the filing fee.  Plaintiff's motion is DENIED.  The payments collected from Plaintiff's prison trust account are for the filing fee due at the time of filing, and they do not stop simply because the case was dismissed.

IT IS SO ORDERED.

   Dated:   **November 3, 2015**                     /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE

1